**CV 14 - 3631**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



RECEIVED
JUN - 5 2014
PRO SE OFFICE

Kenneth Eng

Plaintiff

COMPLAINT

Captain Blue Hen Comics

Defendant

**VITALIANO, J.**

**BLOOM, M.J.**

I. Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355

Defendant Blue Hen Comics resides at 280 E. Main Street, Suite 101, Newark, DE 19711

II. The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE § 501.

III. In December 2010, Captain Blue Hen Comics published a drawing of Einstein dressed as a superhero.

Please see:

http://www.captainbluehen.com/2010/12/05/the-mensa-super-hero-bracket-challenge-is-down-to-the-final-four/

I created the idea of Einstein and other scientists becoming superheroes in 2003, a project I pitched as a student at NYU. I copyrighted this project in 2006, and sent it out to production companies. It is my belief that Blue Hen Comics copied my work.

IV. I am seeking $10,000,000 in damages from Blue Hen Comics and the artist who created that drawing.

June 4, 2014

*Kenneth Eng*

917-573-9453