UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

KENNETH ENG,

                         Plaintiff,

      -against-

CAPTAIN BUE HEN COMICS,

                      Defendant.

----------------------------------------------------------------x

**ORDER**

14-CV-3631 (ENV)

VITALIANO, D.J.,

    In June 2014, plaintiff filed, pursuant to 17 U.S.C. § 501, three successive *pro se* actions alleging copyright infringement. *See Eng v. Captain Blue Hen Comics*, 14-CV-3631, *Eng v. Berger*, 14-CV-3632, and *Eng v. Radio Comix et al*, 14-CV-3810. By Memorandum and Order, dated June 19, 2014, the Court consolidated the three actions, granted plaintiff permission to proceed *in forma pauperis* for the purposes of that order, and, in line with 8 U.S.C. § 1915(e)(2)(B), dismissed the three complaints for failure to state a claim. Eng's second and third complaints were dismissed with prejudice. Judgments in those dockets were entered on June 30, 2014. *See* 14-CV-3632, Dkt. No. 6; 14-CV-3810, Dkt. No. 5.

    In the instant action, however, the Court granted plaintiff leave to file an amended complaint within 30 days. 14-CV-3631, Dkt. No. 5. Since no amended complaint has been filed, much less in a timely manner, this action, too, is dismissed with prejudice.



1

## Conclusion

For the reasons stated above, this action is dismissed with prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(A)(3) that any appeal from this order and judgment would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment for defendant and to close this case.

SO ORDERED.

Dated:     Brooklyn, New York
           December 6, 2014

/s/ USDJ VITALIANO

ERIC N. VITALIANO
United States District Judge

2