FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ DEC 1 0 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KENNETH ENG,

Plaintiff,

-against-

CAPTAIN BLUE HEN COMICS,

Defendant.
---------------------------------------------------------X

JUDGMENT
14-CV- 3631 (ENV)

An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on December 10, 2014, dismissing the action with prejudice; certifying pursuant to 28 U.S.C. § 1915(A)(3) that any appeal from the Court's Order and Judgment would not be taken in good faith would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that the action is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(A)(3) any appeal from the Court's Order and Judgment would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
December 10, 2014

Douglas C. Palmer
Clerk of Court

by: /s/ Janet Hamilton
Deputy Clerk